# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

|  |  |
|---|---|
| GEBO CERMEX USA, INC., a Georgia corporation, GEBO CERMEX CANADA INC., a Canadian corporation and GEBO PACKAGING SOLUTIONS FRANCE S.A.S., a French corporation,<br><br>    Plaintiffs,<br><br> v.<br><br>ALLIANCE INDUSTRIAL CORPORATION, a Virginia corporation,<br><br>    Defendant. | Civil Action No. :<br> **6:18CV00080-NKM-RSB** |

**PLAINTIFFS' CLAIM CONSTRUCTION HEARING STATEMENT AND SLIDES**

Plaintiffs Gebo Cermex USA, Inc., a Georgia corporation, Gebo Cermex Canada Inc., a Canadian corporation and Gebo Packaging Solutions France S.A.S., a French corporation (collectively "Gebo") file this Claim Construction Hearing Statement pursuant to this Court's Pre-Markman Order (Dkt. 59) along with a copy of its slides (Exh. A) that will be used at the January 10, 2020 Claim Construction Hearing.

Plaintiffs will not be presenting any live witnesses at the Claim Construction Hearing.

Respectfully submitted,

January 3, 2020

/s/ Robert Hart
Robert Hart (pro hac vice)
AddyHart P.C.
401 North Michigan Avenue
Suite 1200-1
Chicago, IL 60611
(312) 834-7701
robert@addyhart.com

1

Michael Sloan (VA Bar No. 70300)
Rhonda Overstreet (VA Bar No. 35212)
Overstreet Sloan PLLC
806 East Main Street
Bedford, VA 24523
(540) 597-1024
michael@overstreetsloan.com

Meredith Addy, Esq. (pro hac vice)
AddyHart P.C.
10 Glenlake Parkway, Suite 130
Atlanta, GA 30328
(312) 320-4200
meredith@addyhart.com

Craig McLaughlin, Esq. (pro hac vice)
AddyHart P.C.
15 Hubble, Suite 200
Irvine, CA 92618
(949) 338-7353
craig@addyhart.com

Attorneys for Plaintiffs Gebo Cermex
USA Inc., Gebo Cermex Canada Inc.,
and Gebo Packaging Solutions France S.A.S.

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the

CM-ECF System, which will send a notification of such filing (NEF) to counsel of record.

This the 3rd day of January 2020.

Respectfully submitted,

*/s/ Robert Hart*
Robert Hart (Pro Hac Vice)

Attorneys for Plaintiffs Gebo Cermex USA
Inc., Gebo Cermex Canada Inc., and Gebo
Packaging Solutions France S.A.S.

# EXHIBIT A

# Gebo's Claim Construction Presentation

Gebo Cermex USA, Inc., Gebo Cermex Canada, Inc. and Gebo Packaging Solutions France S.A.S.

v.

Alliance Industrial Corporation

Case No. 6:18-cv-00080-NKM

January 10, 2020


ADDYHART


ADDYHART

# Agenda:

- General Technology Overview

- Overview of Gebo's U.S. Patent No. 6,168,005

- Claim Construction Overview

  - "Variable Accumulation Conveying Speed"

- Questions

# General Technology Overview

- Accumulation Tables are positioned between equipment in a bottling plant and act as a buffer to:

  - efficiently adjust product movement when one machine is operating faster or slower than other machines connected to the conveyor system; and

  - enable a buffering of products with upstream or downstream machines temporarily go offline or stop enabling the other machines in the plant to continue operating.



ADDYHART

# Example Bottling Plant





ADDYHART

# Example Bottling Plant – Sensor Inputs



ADDYHART

# General Background

- U.S. Patent No. 6,168,005 "Low Pressure Dynamic Accumulation Table"

- Asserted Claims: 1, 2 and 17

US006168005B1



(12) **United States Patent**
Petrovic

(10) Patent No.: **US 6,168,005 B1**
(45) Date of Patent: **Jan. 2, 2001**

(54) **LOW PRESSURE DYNAMIC ACCUMULATION TABLE**

(75) Inventor: **Zmaj Petrovic**, Westmount (CA)

(73) Assignee: **Gebo Conveyors Consultants & Systems Inc.**, Quebec (CA)

(*) Notice: Under 35 U.S.C. 154(b), the term of this patent shall be extended for 0 days.

(21) Appl. No.: **09/236,863**

(22) Filed: **Jan. 25, 1999**

(51) Int. Cl. ............................................. **B65C 100**
(52) U.S. Cl. ............ **198/347.4**; 198/447; 198/453
(58) Field of Search ........................ 198/347.4, 443, 198/445, 447, 453

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,037,710 | 7/1977 | Boucher . |
| 4,054,199 | 10/1977 | Pohlerson ............... 198/580 |
| 4,401,207 | 8/1983 | Garvey . |
| 4,570,783 | 2/1986 | Newsom et al. . |
| 4,635,784 | 1/1987 | Bourgois . |
| 4,714,152 | 12/1987 | Ross . |
| 4,815,580 | 3/1989 | Schaze et al. . |
| 4,852,714 | 8/1989 | Faber, Jr. . |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,917,228 | * | 4/1990 | Ishihashi et al. ........ 198/347.4 |
| 4,944,635 | | 7/1990 | Cutler et al. . |
| 5,161,678 | | 11/1992 | Garvey . |
| 5,282,525 | | 2/1994 | Covert . |
| 5,304,027 | | 4/1994 | La Baze et al. . |
| 5,400,894 | | 3/1995 | Smith . |

FOREIGN PATENT DOCUMENTS

25 04 264 * 8/1976 (DE) .................... 198/347.4

* cited by examiner

Primary Examiner—Joseph E. Valenza
Assistant Examiner—Mark A. Deuble
(74) Attorney, Agent, or Firm—Merchant & Gould P.C.

(57) **ABSTRACT**

A low pressure accumulation table for accumulating products is described herein. The accumulation table includes an inlet, an outlet, at least one feed conveyor and at least two accumulation conveyors. The feed and accumulation conveyors define an accumulation surface. The feed conveyor and the two accumulation conveyors are mounted side by side so that the feed conveyor alternate with the two accumulation conveyors. The two accumulation conveyors, when engaged, convey the products from the accumulation surface towards the outlet at a rate which is a function of the conveying speed of the two accumulation conveyors.

**18 Claims, 5 Drawing Sheets**

# The '005 Patent - Figure 1

Direction of Flow



FIG. 1

# The '005 Patent - Figure 4



**sensor** *330*

**sensor** *332*

**accumulation table** *300*

**accumulation conveyors** *304* *302*

**accumulation conveyors** *310* *312*

**pneumatic cylinder** *326*

**pneumatic cylinder** *328*

**guide** *322*

**guide** *324*

**outlet** *318*

**outlet** *320*

**motor** *306*

**motor** *314*

**shafts** *308* *316*

⊥⊏⊑⌐. 4

ADDYHART

# Claim Construction Positions

| Claim Term to be Construed | Gebo's Proposed Claim Construction | Alliance's Proposed Claim Construction |
|---|---|---|
| "variable accumulation conveying speed" | An operational speed that is capable of adjustment. | An accumulation conveying speed that varies in speed does so to control the flow of containers to eliminate container jams and optimize the effectiveness of the accumulation table after the accumulation conveyor has been activated and is running. |



ADDYHART

# The '005 Patent – Claim 1

**1.** A low pressure accumulation table for accumulating products; said accumulation table comprising:

a frame having a first end, a second end and two opposite lateral sides;

an inlet provided at said first end of said frame;

an outlet provided at said second end of said frame;

at least one feed conveyor so mounted to said frame as to convey products from said first end towards said second end of said frame; said at least one feed conveyor having a predetermined feed conveying speed;

at least two accumulation conveyors mounted to said frame; said at least one feed conveyor and said at least two accumulation conveyors defining an accumulation surface; said at least two accumulation conveyors having a **variable accumulation conveying speed** that is slower than said predetermined feed conveying speed; wherein (a) said at least one feed conveyor and said at least two accumulation conveyors are so mounted side by side that said at least one feed conveyor alternate with said at least two accumulation conveyors; and (b) said at least two accumulation conveyors, when energized, convey the products from said accumulation surface towards said outlet at a rate which is a function of the **variable accumulation conveying speed** of said at least two accumulation conveyors.

Gebo's Proposed Claim Construction is Consistent With the Plain and Ordinary Meaning of the term "variable" and relies on the intrinsic evidence.

Alliance's Proposed Claim Construction seeks to add unnecessary limitations in its construction and glosses over the impact of "variable accumulation conveying speed" on a stop / start operating environment.



ADDYHART

# Alliance Reply Brief

- "According to Gebo, a single-speed conveyor with an acceleration time of less than one tenth of a second should not be covered by the term, but a single speed conveyor with a "controlled acceleration" of an unstated time should be covered."

Defendant's Reply Claim Construction Brief, page 7.



ADDYHART



On / Off Conveyor System (Theoretical)

Speed

Time

Zero

12



# Controlled On / Off Conveyor System



# Claim Constructions

**Alliance's Claim Construction**

**Gebo's Claim Construction**

Controlled Acceleration

Controlled Deceleration

Speed

Zero

Time



# Variable Speed Examples



Case 6:18-cv-00080-NKM-RSB   Document 62   Filed 01/03/20   Page 20 of 25   Pageid#: 488

# Variable Speed Examples



# Many Customers Require Surge Speed

- Many customers require their conveyor systems provide a surge speed which allows the conveyors to pull downstream bottles or cans that have built up during the time that a downstream piece of equipment has temporarily stopped.

- Accounting for the surge speed can require the accumulation table to operate at more than one single constant speed as inventory buffered on the accumulation table is sent downstream at a faster rate than normal constant speed.



18

# Surge Speed Example



# The '005 Patent – Claim 1

**1.** A low pressure accumulation table for accumulating products; said accumulation table comprising:

a frame having a first end, a second end and two opposite lateral sides;

an inlet provided at said first end of said frame;

an outlet provided at said second end of said frame;

at least one feed conveyor so mounted to said frame as to convey products from said first end towards said second end of said frame; said at least one feed conveyor having a predetermined feed conveying speed;

at least two accumulation conveyors mounted to said frame; said at least one feed conveyor and said at least two accumulation conveyors defining an accumulation surface; said at least two accumulation conveyors having a ==variable accumulation conveying speed== that is slower than said predetermined feed conveying speed;

wherein (a) said at least one feed conveyor and said at least two accumulation conveyors are so mounted side by side that said at least one feed conveyor alternate with said at least two accumulation conveyors; and (b) said at least two accumulation conveyors, when energized, convey the products from said accumulation surface towards said outlet at a rate which is a function of the ==variable accumulation conveying speed== of said at least two accumulation conveyors.



# Questions?

Robert Hart



ADDYHART