UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| GEBO CERMEX USA, INC., a Georgia corporation, GEBO CERMEX CANADA INC., a Canadian corporation and GEBO PACKAGING SOLUTIONS FRANCE S.A.S., a French corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE INDUSTRIAL CORPORATION, a Virginia corporation,<br><br>Defendant. | Civil Action No. :<br>6:18CV00080-NKM-RSB |

**PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

Plaintiffs Gebo Cermex USA, Inc., a Georgia corporation, Gebo Cermex Canada Inc., a Canadian corporation and Gebo Packaging Solutions France S.A.S., a French corporation (collectively "Gebo") file this motion requesting this Court enter any Order permitting the withdrawal of its counsel of record, Michael Sloan and Rhonda Overstreet, and the appearance of substitute counsel, Joshua F. P. Long, and Joseph Walton Milam, III of Woods Rogers PLC, on their behalf in this action. In support of this Motion, Gebo states as follows:

1

1. Joshua F. P. Long and Joseph Walton Milam, III have been retained to represent Gebo in this matter, each of whom is admitted to practice in the State of Virginia and in the U.S. District Court for the Western District of Virginia.

2. Gebo approves of this substitution.

3. This Motion is not brought for delay, but to allow Gebo to be represented by counsel of their choice.

4. Defendant Alliance Industrial Corporation does not oppose this Motion.

Gebo moves this Court for entry of the attached Order allowing the withdrawal of Michael Sloan and Rhonda Overstreet and the substitution of Joshua F. P. Long, and Joseph Walton Milam, III of Woods Rogers PLC as it's counsel of record in this action, updating the Court's records and ECF system to reflect these changes, and directing all future communications regarding this case to the following:

> Joshua F. P. Long, Esq. (VSB No. 65684)
> J. Walton Milam III, Esq. (VSB No. 89406)
> WOODS ROGERS PLC
> P. O. Box 14125
> Roanoke, VA 24038-4125
> Phone: (540) 983-7600
> Fax: (540) 983-7711
> jlong@woodsrogers.com
> wmilam@woodsrogers.com

This 6th day of January, 2020

Respectfully submitted,

*/s/ Robert Hart*
Robert Hart (pro hac vice)
AddyHart P.C.
401 North Michigan Avenue
Suite 1200-1
Chicago, IL 60611
(312) 834-7701
robert@addyhart.com

Michael Sloan (VA Bar No. 70300)
Rhonda Overstreet (VA Bar No. 35212)
Overstreet Sloan PLLC
806 East Main Street
Bedford, VA 24523
(540) 597-1024
michael@overstreetsloan.com

Meredith Addy, Esq. (pro hac vice)
AddyHart P.C.
10 Glenlake Parkway, Suite 130
Atlanta, GA 30328
(312) 320-4200
meredith@addyhart.com

Craig McLaughlin, Esq. (pro hac vice)
AddyHart P.C.
15 Hubble, Suite 200
Irvine, CA 92618
(949) 338-7353
craig@addyhart.com

Attorneys for Plaintiffs Gebo Cermex USA Inc., Gebo Cermex Canada Inc., and Gebo Packaging Solutions France S.A.S.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM-ECF System, which will send a notification of such filing (NEF) to counsel of record.

This the 6th day of January 2020.

Respectfully submitted,

*/s/ Robert Hart*
Robert Hart (Pro Hac Vice)

Attorneys for Plaintiffs Gebo Cermex USA Inc., Gebo Cermex Canada Inc., and Gebo Packaging Solutions France S.A.S.