# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**Gebo Cermex USA, Inc., et al.**

vs.

**Alliance Industrial Corporation**

Action No: 6:18CV00080
Date: January 10, 2020
Judge: Norman K. Moon
Court Reporter: Mary Butenschoen
Deputy Clerk: Arlene Little

Plaintiff Attorney(s)
Joshua F.P. Long
Robert P. Hart

Defendant Attorney(s)
Amanda M. Morgan
Kimberly K. Dodd

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Parties present for Claim Construction Hearing. Oral arguments made. Opinion and Order will be issued.

Time in Court: 9:32 a.m. – 10:29 a.m. (57 minutes)